```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                                :
UNITED STATES OF AMERICA        :      ORDER
                                :
         - v. -                 :      S4 17 Cr. 151 (AJN)
                                :
ROBERT PIZARRO and              :
JUAN RIVERA,                    :
                                :
              Defendants.       :
                                :
------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2020

Upon the application of the Government and the defendants, Robert Pizarro and Juan Rivera, it is hereby ORDERED:

1. The clerk of court for the Southern District of New York shall (a) provide current defense counsel for Robert Pizarro (Jane S. Meyers, Esq.) and Juan Rivera (Peter Langrock, Esq.) with copies of the defendants' sealed filings bearing their docket number, along with any resulting sealed order from this Court, and defense counsel may share those filings with the Government without further order from this Court; and (b) provide the Government with copies of the Government's sealed filings bearing their docket number, along with any resulting sealed order from this Court, and the Government may share those filings with defense counsel without further order from this Court.

2. With respect to sealed documents provided by the

1

Government to current defense counsel under the procedure set forth above in Paragraph 1, the Government will designate as "attorney's eyes only" any document that the Government believes should not be shared with the defendants due to witness safety concerns. Any document designated attorney's eyes only by the Government shall not be shared with the defendants absent further court order. To the extent it is feasible to do so, the Government will provide current defense counsel with a redacted version of any document designated "attorney's eyes only" that may be shared with the defendants.

3. To the extent either the Government or defense counsel does not share a sealed filing with the other party pursuant to the procedure set forth above in Paragraph 1, the Government or defense counsel shall inform the other party of the reason for not sharing the sealed filing.

4. The parties may seek further relief from the Court if they cannot reach agreement about the sharing of sealed filings after being provided with numbered copies, or about whether any document should be viewed on an attorney's eyes only basis, and any such request for further relief shall be filed within 30 days

of the parties' receipt of all sealed documents from the clerk of court.

Dated:     New York, New York
           April 15, 2020

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

3