| | USDC SDNY |
|---|---|
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: |
| | DATE FILED: 11/6/2020 |

## FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

———

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10007

(212) 608 0808
TELECOPIER (212) 962 9696

November 5, 2020

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **U.S. v. Robert Pizarro**
**17 CR 151 (AJN)**

Dear Judge Nathan:

I have been informed by the CJA office that under the electronic voucher filing system ("system") when a case is no longer death penalty eligible the court needs to issue an order continuing the assignment of counsel pursuant to the regular rates, unless for some other reason the death penalty rate is continued. In addition the system does not have me as assigned capital counsel for the time period when the case was death penalty eligible. Therefore, I request that the Court issue an order:

1.   Directing the payment of CJA death penalty rate from 3/22/2017 to 6/30/2017; when the case was death penalty eligible; and

2.   Continuing my representation of Mr. Pizarro from 7/1/2017 until 12/7/18 at regular CJA rates.

SO ORDERED.

SO ORDERED.   11/6/2020
ALISON J. NATHAN, U.S.D.J.

Respectfully,

/S/ Louis M. Freeman
Louis M. Freeman