UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020
```

United States of America,

–v–

Robert Pizarro,

Defendant.

17-cr-151 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An Order of October 29, 2020, set a briefing schedule for Mr. Pizarro's motion for compassionate release. On November 9, 2020, the Government filed its opposition. The Clerk of Court attempted to mail the Court's October 29 Order to Mr. Pizarro at his mailing address at USP Canaan. The mail was returned as undeliverable. It is hereby

ORDERED that the Government shall by November 16, 2020, confer with the Bureau of Prisons and provide Mr. Pizarro's correct mailing address to the Clerk of Court.

IT IS FURTHER ORDERED that, after receipt of that address, the Clerk of Court shall promptly mail this Order and the October 29 Order to Mr. Pizarro and note the mailing on the public docket.

IT IS FURTHER ORDERED that Mr. Pizarro's time to file any reply to the Government's opposition to his motion is extended to December 4, 2020.

SO ORDERED.

_____  For Judge Nathan
DENISE COTE
United States District Judge

Dated: November 12, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge