

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2020

**VIA E-MAIL AND CM/ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
NathanNYSDChambers@nysd.uscourts.gov

    Re:    *United States v. Robert Pizarro*, 17 Cr. 151 (AJN)

Dear Judge Nathan:

    The Government respectfully writes to request a two-week extension of time in which to respond to defendant Robert Pizarro's *pro se* motion to vacate, which was filed on October 29, 2020. The Government's response to Mr. Pizarro's motion currently is due January 1, 2021; if the Court were to grant the requested extension, the Government would submit its response on January 15, 2021. Mr. Pizarro's *pro se* brief raises a number of arguments that the Government will address in its submission to the Court: in addition to the 44-page brief, Mr. Pizarro appended over one hundred pages of exhibits, including exhibits that raises additional arguments in support of his motion. Mr. Pizarro also recently filed a reply brief in support of his motion for compassionate release which may relate to his motion to vacate.

The Hon. Alison J. Nathan
December 16, 2020

Given the volume of the filings and the need to draw from the voluminous case record to respond to those filings, the Government respectfully requests that it be permitted to file its response by January 15, 2021.

SO ORDERED.

Respectfully submitted,

SO ORDERED.   12/17/2020
ALISON J. NATHAN, U.S.D.J.

AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
Jessica Fender
Jason Swergold
Jared Lenow
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2276

cc:   Robert Pizarro, Reg. No. 69026-054
USP Canaan
PO Box 400
3057 Eric J. Williams Memorial Drive
Waymart, PA 18472