USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Robert Pizarro,

Defendant.

17-cr-151 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court today received the attached letter from Mr. Pizarro dated February 1, 2021.

The Court allowed the Government additional time to respond to Mr. Pizarro's motion to vacate because of the number of issues raised in the motion and the length of the exhibits thereto. Dkt. No. 393. Mr. Pizarro's request to hold the Government in default on the motion is DENIED. Mr. Pizarro's request for an updated docket sheet in this matter is GRANTED.

The Clerk of Court is respectfully directed to mail a copy of this Order, a copy of the memo endorsement at Dkt. No. 393, and a copy of the docket sheet in this matter to Mr. Pizarro and to note the mailings on the public docket.

SO ORDERED.

Dated: February 22, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

RECEIVED FEB 22 2021 ALISON J. NATHAN U.S. DISTRICT JUDGE S.D.N.Y.

The Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

February 1, 2021

United States v. Robert Pizarro, 17-cr-151 (AJN)

Dear Judge Nathan:

Pizarro respectfully writes to this honorable Court today in regards to his Pro se motion to vacate on numerous constitutional, and illegal grounds, on behalf of CJA defense counsel and the government.

This honorable court requested that the Government respond to this motion by January 1, 2021, which the Government requested additional time, until January 15, 2021 which Pizarro stringently opposed because they did have two and a half months to respond with their team of lawyers and unlimited resources. In addition to this, objection by Pizarro, he has been on the recieving end of the Governments unconstititional prosecution by any means against him for years.

Pizarro wrote this honorable court in regards to the untimely response to this motion (which is non-arguementive) by the government, and requested that they be held in default. Since then, Pizarro has not recieved any additional information from this honorable court or the government. As of Febuary 1, 2021 Pizarro request to be informed of the status of this proceeding, and also request an updated docket sheet.

Respectfully Submitted,
Pro Se Petitioner Robert Pizarro
Mr. Robert Pizarro