UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021

United States of America,

—v—

Robert Pizarro,

          Defendant.

17-cr-151 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of two documents filed by Mr. Pizarro styled as a "Motion Addendum" and a "Motion: Writ of Habeas Corpus / Ad Testificandum." (Dkt. Nos. 398, 399). The Court construes these filings as additional briefing in support of Mr. Pizarro's pending motion to vacate his sentence.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Pizarro at the mailing address identified in Docket Numbers 398 and 399 and to note the mailing on the public docket.

SO ORDERED.

Dated: March 26, 2021
       New York, New York

                                      ALISON J. NATHAN
                                 United States District Judge