UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021

United States of America,

–v–

Robert Pizarro,

        Defendant.

17-cr-151 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received a pro se motion from Mr. Pizarro entitled a motion to "correct/clear the record," which alleges that portions of his Presentence Investigation Report are erroneous. Dkt. No. 403. The Government shall respond to the motion within two weeks.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Pizarro and to note the mailing on the public docket.

SO ORDERED.

Dated: April 21, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge