```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                                :
UNITED STATES OF AMERICA        :
                                :    **ORDER**
         - v. -                 :
                                :    S4 17 Cr. 151 (AJN)
ROBERT PIZARRO and              :
JUAN RIVERA,                    :
                                :
             Defendants.        :
                                :
------------------------------ X
```

On May 6, 2021, the parties jointly proposed that this Court order the unsealing of certain sealed documents either in whole or in redacted form.

The versions of the sealed documents that the parties proposed be unsealed were enclosed along with the parties' application for unsealing in a folder marked Exhibit B, with some of those documents including redactions of certain information.

Upon the application of the Government and the defendants, Robert Pizarro and Juan Rivera, it is hereby ORDERED that the versions of the sealed filings submitted by the parties to the Court on May 6, 2021 in a folder marked Exhibit B shall be unsealed and docketed in this matter.

Dated:   New York, New York
         __May 10_____, 2021

                                    _____
                                    THE HONORABLE ALISON J. NATHAN
                                    UNITED STATES DISTRICT JUDGE