UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                     17 Cr. 151 (AJN)

   -against-                                     **ORDER**

ROBERT PIZARRO,

               Defendant

-----------------------------------------------------------X

Upon the application of the defendant, Robert Pizarro, by and through his attorneys, Elizabeth E. Macedonio, Louis Freeman and Carla Sanderson, the Court hereby orders that the attorneys, along with a private investigator, be permitted to enter the premises located at 1631 Stillwell Avenue, Bronx, New York, for the purpose of viewing and taking photographs of the physical layout. Entry to the premises will occur at a time mutually convenient to the parties on or before May 6, 2018.

Dated: New York, New York
April 30, 2018

SO ORDERED:

_____
Honorable Alison J. Nathan
United States District Judge