UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES of AMERICA,

17 Cr. 151 (AJN)

-against-

**ORDER**

ROBERT PIZARRO,

Defendant
------------------------------------------------------------X

Upon the application of the defendant, Robert Pizarro (#69026-054), by and through his attorneys, Elizabeth E. Macedonio, Louis Freeman and Carla Sanderson, the Court hereby orders the Metropolitan Detention Center ("MDC") in Brooklyn, New York, to accept clothing for the defendant to use during the pendency of his above captioned trial. The Court now orders MDC to accept up to four sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, and ties, and to permit such clothing to be made available to the defendant prior to each court date in this case. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC.

Dated: New York, New York
April 30, 2018

SO ORDERED:

_____
Hon. Alison J. Nathan, USDJ