UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES                          :

  - v. -                     :    **SEALED ORDER**

ROBERT PIZARRO and                     :    17 Cr. 151 (AJN)
JUAN RIVERA,
                                       :
              Defendants.
                                       :

- - - - - - - - - - - - - - - - - - - X

      Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Jessica Fender, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing any and all files, including search warrants and grand jury testimony, relating to arrests and prosecutions of PHILIP HAYNES (born ▇▇▇▇, having Social Security Number ▇▇▇▇, New York State ID ▇▇▇▇, Pennsylvania State ID No. ▇▇▇▇ and FBI No. ▇▇▇▇, in the possession, custody, or control of the following police departments, courts, or prosecutors' offices (the "Agencies"):

        a.    New York City Police Department;

        b.    New York City Family Court;

        c.    Port Authority NY-NJ Police Department;

d. Bronx District Attorney's Office;

e. Manhattan District Attorney's Office;

f. Queens County District Attorney's Office;

g. Burlington Police Department, Vermont; and

h. Wyoming State Police, Pennsylvania.

IT IS HEREBY ORDERED, that the files and grand jury testimony specified above be unsealed and made available to the United States Attorney's Office for the Southern District of New York.

IT IS FURTHER ORDERED that, with the exception of a copy of this Order to the United States Attorney's Office, the Agencies, and the clerk of the courts for files and testimony subject to this Order, this Order and Affirmation in support thereof are to be sealed pending further order of the Court.

Dated: New York, New York
April 30, 2018

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK