UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                     17 Cr. 151 (AJN)

-against-                                     **ORDER**

ROBERT PIZARRO,

                Defendant.

---------------------------------------------------------------X

        Upon the application of the defendant, Robert Pizarro, by and through his attorneys, Elizabeth E. Macedonio, Louis Freeman and Carla Sanderson, the Court hereby orders that Jacobi Medical Center shall provide, forthwith, any and all records relating to Rosemary Pizarro - Date of Birth ████. Rosemary Pizarro passed on March 26, 2016.

        These records shall be supplied to attorney Elizabeth E. Macedonio, 40 Fulton Street, 23rd Floor, New York, NY 10038. Electronic copies can be sent to Ms. Macedonio at Elizabeth@MacedonioLaw.com Ms. Macedonio can be reached at 212-235-5494.

Dated: New York, New York
        May __4__ 2018

SO ORDERED:

_A. Nathan_
Honorable Alison J. Nathan
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

17 Cr. 151 (AJN)

**ORDER**

-against-

ROBERT PIZARRO,

Defendant.
-------------------------------------------------------------X

Upon the application of the defendant, Robert Pizarro, by and through his attorneys, Elizabeth E. Macedonio, Louis Freeman and Carla Sanderson, the Court hereby orders that the Walter B. Cooke Funeral Home shall provide, forthwith, any and all records relating to Rosemary Pizarro - Date of Birth ▓▓▓▓ Rosemary Pizarro passed on March 26, 2016.

These records shall be supplied to attorney Elizabeth E. Macedonio, 40 Fulton Street, 23rd Floor, New York, NY 10038. Electronic copies can be sent to Ms. Macedonio at Elizabeth@MacedonioLaw.com Ms. Macedonio can be reached at 212-235-5494.

Dated: New York, New York
May 4 2018

SO ORDERED:

_____
Honorable Alison J. Nathan
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                           17 Cr. 151 (AJN)

   -against-                                  **ORDER**

ROBERT PIZARRO,

               Defendant.
-------------------------------------------------------------X

Upon the application of the defendant, Robert Pizarro, by and through his attorneys, Elizabeth E. Macedonio, Louis Freeman and Carla Sanderson, the Court hereby orders that the Ortiz Funeral Home shall provide, forthwith, any and all records relating to funeral services for Rosemary Pizarro - Date of Birth ███. Rosemary Pizarro passed on March 26, 2016.

These records shall be supplied to attorney Elizabeth E. Macedonio, 40 Fulton Street, 23rd Floor, New York, NY 10038. Electronic copies can be sent to Ms. Macedonio at Elizabeth@MacedonioLaw.com Ms. Macedonio can be reached at 212-235-5494.

Dated: New York, New York
May ___ 2018

SO ORDERED:

_____
Honorable Alison J. Nathan
United States District Judge