UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
UNITED STATES OF AMERICA          :
                                  :    **PROTECTIVE ORDER**
        - v. -                    :
                                  :    S4 17 Cr. 151 (AJN)
ROBERT PIZARRO and                :
JUAN RIVERA,                      :
                                  :
            Defendants.           :
                                  :
------------------------------ X

Upon the application of the United States of America, Geoffrey S. Berman, United States Attorney for the Southern District of New York, by and through Jessica Fender, Jared Lenow, and Jason Swergold, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of information regarding the identity of a confidential informant (the "CI Information") and information related to certain social media accounts (the "Social Media Information"), as described in the Government's May 8, 2018 letter (on file with the Court), made on consent of defense counsel, and based on the Court's independent review,

IT IS ORDERED that the CI Information and the Social Media Information is designated as Attorney's Eyes Only, and therefore, the CI Information and Social Media Information may be maintained only by defense counsel and any paralegal or

investigator employed by the defense, and may not be disseminated to any other person, including the defendants.

Dated:  New York, New York
        May 8, 2018

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE