UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES

   - v. -

ROBERT PIZARRO and
JUAN RIVERA,

             Defendants.

**SEALED ORDER**

S4 17 Cr. 151 (AJN)

- - - - - - - - - - - - - - - - - - x

     Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Jared Lenow, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing any and all files relating to ▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬), in the possession, custody, or control of the New York City Police Department (the "NYPD").

     IT IS HEREBY ORDERED, that the files specified above be unsealed and made available to the United States Attorney's Office for the Southern District of New York.

     IT IS FURTHER ORDERED that, with the exception of a copy of this Order to the United States Attorney's Office and the NYPD,

this Order and Affirmation in support thereof are to be sealed pending further order of the Court.

Dated: New York, New York
August 21, 2018

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- v. -

ROBERT PIZARRO and
JUAN RIVERA,
Defendants.

UNSEALING ORDER

(FILED UNDER SEAL)

Geoffrey S. Berman
United States Attorney.