UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   -against-<br><br>ROBERT PIZARRO,<br><br>        Defendant. | 17-cr-151 (AS)<br>24-cv-2414 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendant requested the appointment of CJA counsel via letter filed on September 5, 2024. Dkt. 23. For the Court to appoint CJA counsel, Defendant must show that he is financially eligible. Defendant is hereby ordered to fill out and submit to the Court the attached affidavit by **Friday, October 11, 2024.**

  SO ORDERED.

Dated: September 6, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge

| SDNY<br>CJA-23<br>(Rev 3/21) | FINANCIAL AFFIDAVIT<br>IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |
|---|---|

**IN THE UNITED STATES** ☐ DISTRICT COURT    ☐ COURT OF APPEALS    ☐ OTHER *(Specify Below)*

**IN THE CASE OF**

_____ V. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

_____

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)*    ☐ Felony    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Do you have a job?  ☐ Yes  ☐ No
**IF YES**, how much do you earn per month? _____ Will you still have a job after this arrest?  ☐ Yes  ☐ No  ☐ Unknown

**PROPERTY**

Do you own any of the following, and if so, what is it worth?

|  | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**

Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No **IF YES**, give the total approximate amount after monthly expenses  $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit Cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child Support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____    _____
SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)    Date

☐ APPROVED    ☐ DENIED

_____
FD/CJA/RET. ATTORNEY    (PRINT)

_____    _____
ASSISTANT UNITED STATES ATTORNEY    (PRINT)    SIGNATURE OF JUDICIAL OFFICER    DATE