

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 2, 2024

**BY CM/ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Robert Pizarro*, 17 Cr. 151 (AS), 24 Civ. 2414 (AS)

Dear Judge Subramanian:

    Petitioner Robert Pizarro's 59-page reply brief in this habeas matter, Dkt. 500, contains numerous arguments and factual assertions that were not raised in his principal brief. The Government respectfully requests that the Court permit the filing of the attached 12-page letter and its accompanying exhibits to allow the Government an opportunity to respond.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____/s/_____
    Jared Lenow
    Assistant United States Attorney
    Southern District of New York
    Tel:  (212) 637-1068

cc:    Robert Pizarro, Reg. No. 69026-054
    USP Victorville
    P.O. BOX 3900
    Adelanto, CA  92301

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 501.

Arun Subramanian, U.S.D.J.
Date: October 11, 2024