UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PIZARRO,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

24-cv-2414 (AS)
17-cr-151 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The C.J.A. attorney assigned to receive cases on this day, October 15, 2024, is hereby appointed as standby counsel to Pizarro in the above-captioned matter. Pizarro has several pending motions before the Court, including a motion to vacate his conviction under 28 U.S.C. § 2255, Dkt. 476 (17-cr-151), motion for discovery, Dkt. 483 (17-cr-151), and motion for relief from judgment, Dkt. 486 (17-cr-151); Dkt. 10 (24-cv-2414). Counsel should confer with Pizarro and on or before December 15, 2024, file either a supplemental brief on the pending motions or a letter indicating that the Court can decide the pending motions based on what Pizarro has submitted.

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                          United States District Judge