UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PIZARRO,<br><br>        Plaintiff,<br><br>   -against-<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 24-CV-2414 (AS)<br>17-CR-151 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's October 15, 2024 Order, Dkt. 30, the C.J.A. Attorney assigned to this case was required to file either a supplemental brief on the pending motions or a letter indicating that the Court can decide the pending motions based on what Pizarro has submitted by December 15, 2024. That deadline is hereby extended, *nunc pro tunc*, to January 15, 2025.

  SO ORDERED.

Dated: December 16, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                     United States District Judge